ary 17, 1908.) Action by Samuel Wormser against William Gehri. No opinion. Motion granted, on terms stated in memorandum. Settle order on notice.

In re WRIGHT. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) In the matter of the accounting of Garrett P. Wright, as executor of Garrett P. Wright, deceased. No opinion. Motion granted, and order amended.

WRIGHT et al. v. WHITLOCK (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by William Wright and others against Edgar Whitlock, individually, etc. No opinion. Motion granted, without costs. Order filed.

ZIEMS, Appellant, v. UNITED VAUDEVILLE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Marine Ziems against the United Vaudeville Company.

PER CURIAM. Interlocutory judgment reversed, with costs, and demurrer overruled, with costs, with leave to the defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal. Held, that the complaint alleges facts constituting negligence on the part of the defendant.

McLENNAN, P. J., and ROBSON, J., dissent.

END OF CASES IN VOL. 107.